MICHAEL T. WELCH (SB #122630)
LAW OFFICES OF MICHAEL T. WELCH
mw@mwelchlaw.com
Four Embarcadero Center, 39th Floor
San Francisco, CA 94111
Telephone: (415) 399-1500
Facsimile: (415) 399-0445

Attorneys for Plaintiff
KRISTIN HARRINGTON

PAUL, HASTINGS, JANOFSKY & WALKER LLP
MARY C. DOLLARHIDE (SB# 138441)
marydollarhide@paulhastings.com
CATHERINE E. CAOUETTE (SB# 234714)
catherinecaouette@paulhastings.com
4747 Executive Drive
12th Floor
San Diego, CA 92121
Telephone: (858) 458-3000
Facsimile: (858) 458-3005

Attorneys for Defendant
FACTSET RESEARCH SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARRINGTON, | Case No. C 09-00145 VRW |
| Plaintiff, | |
| vs. | **JOINT STIPULATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE** |
| FACTSET RESEARCH SYSTEMS, INC., et al., | |
| Defendants. | |

Plaintiff Kristin Harrington and Defendant FactSet Research Systems Inc., acting through their respective counsel, hereby stipulate as follows:

1. The Court has set a Case Management Conference for May 28, 2009;

2. The parties have agreed to enter into a private mediation, to be conducted

JOINT STIPULATION TO CONTINUE
INITIAL CASE MGMT. CONFERENCE                                    CASE NO. C 09-00145 VRW
LEGAL US W # 61628694.1

1 | by Mark Feder. A mediation date has not yet been set, but the parties are attempting to schedule
2 | mediation for July 2009;

3. Prior to the Case Management Conference, the Parties will be required to confer on a number of issues, as well as submit either joint or separate Case Management Statements pursuant to Federal Rule of Civil Procedure 26(f) and initial disclosures pursuant to Federal Rule of Civil Procedure 26(a); and

4. The Parties wish to conserve all resources in advance of the July mediation to increase the likelihood of reaching a mutually-acceptable resolution to this matter at the mediation;

5. Accordingly, the Parties respectfully request that the Case Management Conference be continued until August 6, 2009, so that the parties may be given an opportunity to resolve this matter prior to incurring any more litigation costs.

DATED: May __, 2009    LAW OFFICES OF MICHAEL T. WELCH

By: _____
MICHAEL T. WELCH

Attorneys for Plaintiff
KRISTIN HARRINGTON

DATED: May __, 2009    PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
MARY C. DOLLARHIDE

Attorneys for Defendant
FACTSET RESEARCH SYSTEMS INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KRISTIN HARRINGTON,<br><br>    Plaintiff,<br><br>    vs.<br><br>FACTSET RESEARCH SYSTEMS, INC., et al.,<br><br>    Defendants. | Case No. C 09-00145 VRW<br><br>**[PROPOSED]** ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE |

On the stipulation of the Parties, and good cause appearing therefore,

IT IS ORDERED that the initial Case Management Conference scheduled for May 28, 2009 be continued until August 6, 2009.

DATED: May 18, 2009

_____
Honorable Vaughn R. Walker
United States District Judge

GRANTED
Judge Vaughn R Walker

[PROPOSED] ORDER CONTINUING
INITIAL CASE MGMT. CONFERENCE
LEGAL_US_W # 61737770.1

CASE NO. C 09-00145 VRW