1  MICHAEL T. WELCH (SB #122630)
   LAW OFFICES OF MICHAEL T. WELCH
2  mw@mwelchlaw.com
   Four Embarcadero Center, 39th Floor
3  San Francisco, CA 94111
   Telephone: (415) 399-1500
4  Facsimile: (415) 399-0445

5  Attorneys for Plaintiff
   KRISTIN HARRINGTON
6

7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   MARY C. DOLLARHIDE (SB# 138441)
8  marydollarhide@paulhastings.com
   CATHERINE E. CAOUETTE (SB# 234714)
9  catherinecaouette@paulhastings.com
   4747 Executive Drive
10 12th Floor
   San Diego, CA 92121
11 Telephone: (858) 458-3000
   Facsimile: (858) 458-3005
12
   Attorneys for Defendant
13 FACTSET RESEARCH SYSTEMS INC.

14                UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16

17 KRISTIN HARRINGTON,                    Case No. C 09-00145 VRW

18         Plaintiff,

19     vs.                                **STIPULATION AND [PROPOSED]
                                          ORDER OF DISMISSAL**
20 FACTSET RESEARCH SYSTEMS, INC.,
   et al.,
21
           Defendants.
22

23

24

25

26

27

28

STIPULATION OF DISMISSAL; ORDER                    CASE NO. C 09-00145 VRW
LEGAL_US_W # 63123025.1

| | |
|---|---|
| 1 | IT IS HEREBY STIPULATED by and between the parties hereto, |
| 2 | through their respective counsel, that Plaintiff KRISTIN HARRINGTON shall |
| 3 | dismiss, and hereby does dismiss, all claims against Defendant FACTSET |
| 4 | RESEARCH SYSTEMS INC. and this entire action, with prejudice, pursuant to |
| 5 | Federal Rule of Civil Procedure 41(a) with each side to bear its own costs and |
| 6 | attorneys' fees. |

DATED: December 31, 2009     LAW OFFICES OF MICHAEL T. WELCH

By: _____
        MICHAEL T. WELCH

Attorneys for Plaintiff
KRISTIN HARRINGTON

DATED: January 4, 2010 ~~December ___, 2009~~     PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: _____
        MARY C. DOLLARHIDE

Attorneys for Defendant
FACTSET RESEARCH SYSTEMS INC.

[~~PROPOSED~~] ORDER

WHEREAS, the parties having stipulated, pursuant to Federal Rule of Civil Procedure 41(a), IT IS ORDERED that all claims against Defendant FACTSET RESEARCH SYSTEMS INC. and this action, are dismissed with prejudice with each side to bear its own costs and attorneys' fees.

DATED: January 12, 2010



VAUGHN R. WALKER
Judge, United States District Court